1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZLATKO HADROVIC,<br><br>Plaintiff(s),<br>v.<br><br>MARY BRAUN, et al.,<br><br>Defendant(s). | CASE NO. C25-0872-KKE<br><br>ORDER GRANTING LEAVE TO FILE A COMPLETE AMENDED COMPLAINT |

After Plaintiff, proceeding *pro se*, filed this action in Snohomish County Superior Court, Defendant JPMorgan Chase Bank, N.A., filed a notice of removal to this Court, invoking the Court's diversity jurisdiction. Dkt. No. 1. The three Defendant banks subsequently filed motions to dismiss for failure to state a claim. Dkt. Nos. 12, 13, 16. Before those motions became ripe (and within 21 days of the first-filed motion to dismiss), Plaintiff filed a motion to remand, and then a second motion to remand accompanied by amendments to the operative complaint intended to deprive the Court of diversity jurisdiction. *See* Dkt. Nos. 15, 19, 20.

The Court directs the clerk to TERMINATE Plaintiff's first motion to remand (Dkt. No. 15) as mooted by Plaintiff's second motion to remand (Dkt. No. 19).

What Plaintiff titled an amended complaint is not a complete version of a complaint with amendments incorporated, but instead only describes the one section of the operative complaint that Plaintiff wishes to amend. *See* Dkt. No. 20. The Local Rules of this District disfavor this

ORDER GRANTING LEAVE TO FILE A COMPLETE AMENDED COMPLAINT - 1

practice.  *See* Local Rules W.D. Wash. LCR 15.  If Plaintiff wishes to amend the complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff may file, no later than June 30, 2025, a complete version of the amended pleading, which must not incorporate by reference any part of the preceding pleading, including exhibits.  The clerk is directed to RE-NAME the "amended complaint" (Dkt. No. 20) as a proposed amended complaint, in the interest of clarity on the docket.

Because a complete amended pleading replaces the previous version, the motions to dismiss filed by Defendants will become moot upon the filing of an amended complaint as contemplated in this order.  Upon Plaintiff's filing of an amended complaint, the Court will deny those motions to dismiss without prejudice as moot.

Dated this 13th day of June, 2025.

_____
Kymberly K. Evanson
United States District Judge